UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| RUSSELL COHEN, | 3:06-CV-00510-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: MARCH 4, 2008 |
| LARRY ARNOLD, et al., | |
| Defendants. | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

   On February 5, 2008, the Magistrate Judge filed a Report and Recommendation (#31). No objections were timely filed, and the Motion (#21) remained unopposed after extensions were given sua sponte.

   The Magistrate Judge recommended that Defendants' Motion to Dismiss (#21) be granted and that all other pending motions be denied as moot.

   The Report and Recommendation (#31) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#31) is **APPROVED** and **ADOPTED**.

   **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#21) is **GRANTED**.

   **IT IS FURTHER ORDERED** that all other pending motions (#13, #16, #23, and #24) are **DENIED** as moot.

   The Clerk shall enter judgment accordingly.

                                            LANCE S. WILSON, CLERK
                                            By        /s/
                                                 Deputy Clerk