AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF __NEVADA__

RUSSELL COHEN,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:06-cv-00510-ECR-VPC**

LARRY ARNOLD, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the #31 Report and Recommendation is APPROVED and ADOPTED. IT IS, THEREFORE, HEREBY ORDERED that Defendants' #21 Motion to Dismiss is GRANTED.

  March 5, 2008                                      **LANCE S. WILSON**
                                                                            Clerk

                                                                        /s/ Kalani Lizares
                                                                          Deputy Clerk